# JENNER&BLOCK

December 19, 2008

Jenner & Block LLP     Chicago
1099 New York Avenue, NW    New York
Suite 900              Washington, DC
Washington, DC 20001
Tel 202-639-6000
www.jenner.com

DMCA Designated Agent or Network
Administrator
CrystalTech Web Hosting Inc.
6135 N. 7th St.
Phoenix, AZ, 85014

Steven B. Fabrizio
Tel 202 639-6040
Fax 202 661-4823
sfabrizio@jenner.com

# MC 08 - 0130 PHX

Re:     DMCA Notification of Copyright Infringement at IP address: 208.106.192.27
           December 18, 2008 at 11:00 a.m (EST)

Dear DMCA Designated Agent or Network Administrator:

We are contacting you on behalf of the Motion Picture Association of America ("MPAA") and its member studios ("MPAA member studios"). The MPAA member studios are the owners and exclusive licensees of copyrights in and to a significant number of motion pictures and television shows. Under penalty of perjury, we submit that we are authorized to act on behalf of the MPAA and the MPAA member studios in matters involving the infringement of their motion pictures and television shows, including enforcing their copyrights and common law rights on the Internet.

We believe a customer of CrystalTech Web Hosting Inc., whose website is hosted by CrystalTech Web Hosting Inc., is engaged in extensive copyright infringement of motion pictures and television shows whose copyrights are owned by or exclusively licensed to the MPAA member studios. That customer is operating a website, Catchmovie.com, at the IP address 208.106.192.27 (the "infringing website"). The website offers pirated DVDs for sale, thereby infringing and facilitating the infringement of thousands of the MPAA member studios' copyrighted works, in violation of the Copyright Act and longstanding principles of inducement, contributory, and vicarious liability under the copyright laws. We have attached documentation concerning the above-described infringement including a representative list of motion pictures that are being infringed by the infringing website and information sufficient to enable you to identify the website operator. We have a good faith belief that the above-described activity is not authorized by the copyright owners, their agent, or the law.

We are asking you for your immediate assistance in stopping this unauthorized activity.

You should understand that this letter constitutes notice to you that this website operator may be liable for the infringing activity occurring on your system or network. In addition, if you ignore this notice, you and/or your company may also be liable for any resulting infringement. This letter does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly

Dockets.Justia.com

**JENNER&BLOCK**

retained. We assert that the information in this notification is accurate, based on the information available to us.

Thank you in advance for your prompt assistance in this matter. If you have any questions, please feel free to contact me via e-mail at sfabrizio@jenner.com, via telephone at 202-639-6040, or via mail at the address above.

Sincerely,

Steven B. Fabrizio

Attachments

## Infringement on Website Catchmovie.com at IP Address 208.106.192.27

| MPAA Member Movie | URL |
|---|---|
| Seven Pounds | http://www.catchmovie.com/webstore/detailmovie.asp?Id=5733 |
| Bolt | http://www.catchmovie.com/webstore/detailmovie.asp?Id=5681 |
| The Day the Earth Stood Still | http://www.catchmovie.com/webstore/detailmovie.asp?Id=5719 |
| Four Christmases | http://www.catchmovie.com/webstore/detailmovie.asp?Id=5692 |
| Quantum of Solace | http://www.catchmovie.com/webstore/detailmovie.asp?Id=5668 |

## DECLARATION OF DAN SEYMOUR

WASHINGTON, DC
)
)
)

I, Dan Seymour, the undersigned, declare that:

1.    I am a Senior Internet Investigations Manager for the Motion Picture Association of America ("MPAA"). I represent MPAA and its member studios ("MPAA member studios"). The MPAA member studios are the owners and exclusive licensees of copyrights in and to a significant number of motion pictures and television shows. I am authorized to act for the MPAA and its member studios on matters involving the infringement of their copyrighted motion pictures and television shows.

2.    Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), the MPAA member studios are requesting the attached proposed subpoena that would require CrystalTech Web Hosting Inc., an Internet service provider, to disclose the identity, including the name, address, telephone number, and e-mail address, of the user operating at the following Internet address:

IP address 208.106.192.27 on 12/18/08 at 11:00 am (EST)

3.    The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this IP address who is infringing the copyrights of MPAA's member studios. This information will only be used for the purposes of protecting the rights granted to the MPAA member studios, the motion picture and television show copyright owners, under the Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed in Washington, DC, on December 19, 2008.

_____
Dan Seymour