

**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
1-877-277-3188
Order # 7150653

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

Motion Picture Association of America; et al.
                    Plaintiff(s),                         CASE #: MC08-0130PHX
vs.

CrystalTech Web Hosting Inc.; et al.
                    Defendant(s).                         CERTIFICATE OF SERVICE

_____**Ryan O'Neal**_____, the undersigned, certifies under penalty of perjury: I am a registered private process server in the County of MARICOPA, I am fully qualified pursuant to ARCP 4 (e), 45 (b) and/ or ARS 13-4072, to serve process in this case, and I received for service the following documents in this action:
**LETTER; SUBPOENA**

from_____**QUARLES & BRADY, LLP**_____ on _____12/22/2008_____
I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in MARICOPA County, Arizona.

**NAME:   CRYSTALTECH WEB HOSTING, INC**

**DATE & TIME*:**   12/23/2008 @ 10:35
**PLACE:**   1125 W Pinnacle Peak Rd , Phoenix, AZ 85027,
**MANNER:**   by serving Kristy Nelson, Human Resources Representative, a person authorized to accept service.
**DESCRIPTION:**

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 54.40 |
| RUSH | $ 25.00 |
| ADD. MILEAGE | $ 18.40 |
| ADD. MILEAGE | $ . |
| OTHER | $ . |
| OTHER | $ . |
| ADVANCE FEE | $ . |
| ADV FEE S/C | $ . |
| CERT PREP | $ 8.00 |
| TOTAL | $ 121.80 |

**AFFIANT**

The above is covered by ARS, as amended, 41-413 & 11-445 and ARCP 4, 5, & 45
* Time of service is reflected in Military Time

Dockets.Justia.com