Quarles & Brady LLP
Firm State Bar No. 00443101
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602-229-5200

C. Bradley Vynalek, Esq. (#020051)
bvynalek@quarles.com

*Attorneys for Plaintiff*
*Motion Picture Association of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Motion Picture Association of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CrystalTech Web Hosting, Inc.<br><br>　　　　　　Defendant. | NO. MC08-0130-PHX<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of **Motion Picture Association of America,** in compliance with the provisions of: *(check one)*

　X　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　　　Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　　　Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

QB\7103857.1

**The filing party hereby declares as follows:**

<u>  X  </u>  No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

____ Other (please explain) _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 7th day of January, 2009.

         QUARLES & BRADY LLP
         Renaissance One
         Two North Central Avenue
         Phoenix, Arizona  85004-2391

         By /s/C. Bradley Vynalek
           C. Bradley Vynalek

         Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

>DMCA Designated Agent or Network Administrator
>CrystalTech Web Hosting, Inc.
>1125 W. Pinnacle Peak Road, Suite 103
>Phoenix, Arizona 85027
>Defendant

                                                          s/Geri Canacakos